**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                            **Case No. 4:21-cr-00013-01-KGB**

**JOSE REFUJIO AGUIRRE-GARCIA**                          **DEFENDANT**

## ORDER

Pending is defendant Jose Aguirre-Garcia's motion for adjustment of sentence (Dkt. No. 76). Applying retroactive United States Sentencing Guideline Amendment 821 lowers Mr. Aguirre-Garcia's criminal history score from five to three, but his sentence was based on the statutory, mandatory minimum of 120 months, not the Guidelines. Mr. Aguirre-Garcia does not qualify for the "zero point" reduction because he has three criminal history points, not zero. Additionally, Mr. Aguirre-Garcia's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 42, at 3). Because Mr. Aguirre-Garcia knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan,* 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of an 18 U.S.C. § 3582(c)(2) motion when the record established that the defendant knowingly and voluntarily entered the plea agreement).

For all of these reasons, the Court denies Mr. Aguirre-Garcia's motion for adjustment of sentence (Dkt. No. 76).

It is so ordered this 3rd day of September, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge